UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                          CASE NO. 05 B 57253
    ANTHONY A OSTROWSKI
    JOYCE K OSTROWSKI                           CHAPTER 13

                                                JUDGE: BRUCE W BLACK
        Debtor
    SSN XXX-XX-3676    SSN XXX-XX-1170
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/15/05 and confirmed on 02/09/06.

2. The case was dismissed after confirmation, 05/30/2008.

3. The Debtor paid a total of $ 5889.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECAST SETTLEMENT CORPORA | UNSECURED | 14281.98 | .00 | 538.38 |
| SMC | UNSECURED | 2872.46 | .00 | 108.29 |
| CHANDRA DIAGNOSTIC CARDI | UNSECURED | NOT FILED | .00 | .00 |
| RX AQUISITIONS | UNSECURED | 71.58 | .00 | 2.66 |
| RX AQUISITIONS | UNSECURED | 704.33 | .00 | 26.43 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| INGALLS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| INGALLS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| INGALLS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| INGALLS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| INGALLS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| INGALLS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 780.93 | .00 | 29.29 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2160.77 | .00 | 81.46 |
| FEDERATED MACYS | UNSECURED | 1288.50 | .00 | 48.57 |
| MARSHALL FIELD | UNSECURED | 2083.40 | .00 | 78.53 |
| OLD NAVY | UNSECURED | NOT FILED | .00 | .00 |
| PALOS COMMUNITY HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| PALOS COMMUNITY HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| COMMUNITY HOSPITAL | UNSECURED | 1180.00 | .00 | 44.48 |
| PALOS COMMUNITY HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| IMBS | UNSECURED | NOT FILED | .00 | .00 |
| RADIOLOGY & NUCLEAR CONS | UNSECURED | NOT FILED | .00 | .00 |
| ROGERS & HOLLAND | UNSECURED | 800.00 | .00 | 30.02 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 4182.48 | .00 | 157.66 |
| SILVER CROSS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |

```
ROUNDUP FUNDING LLC          UNSECURED         684.12            .00         25.68
ROUNDUP FUNDING LLC          UNSECURED        1231.24            .00         46.42
WELLS FARGO FINANCIAL IN     SECURED          2228.52         220.39       2228.52
     Summary of disbursements:
--------------------------------------------------------------------------------
                     SECURED    PRIORITY    UNSECURED       OTHER       TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   2228.52         .00     32321.79         .00      34550.31
PRINCIPAL PAID       2228.52         .00      1217.87         .00       3446.39
INTEREST PAID         220.39         .00           .00        .00        220.39
TOTAL PAID           2448.91         .00      1217.87         .00       3666.78
```

The Debtor's attorney, KAREN WALIN                 , was allowed $   2200.00
and was paid $    215.00  direct and $   1985.00   through the plan.

The Trustee received $    237.22 .

Refunds to the Debtor totaled $      .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/12/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE